# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EARNESTINE MOTTON**                                                **Plaintiff**

**v.**                                                            **Civil Action No. 4:06CV5-EMB**

**THE COMMISSIONER OF**
**SOCIAL SECURITY**                                                 **Defendant**

## FINAL JUDGMENT

The parties in this case, having consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c) with any appeal to the Court of Appeals for the Fifth Circuit, it is, therefore,

**ORDERED** that consistent with the Opinion issued this day, the decision of the Commissioner of Social Security is **AFFIRMED**.

**THIS** 29th day of March, 2007.

                                                                               **/s/ Eugene M. Bogen**
                                                                               **U. S. MAGISTRATE JUDGE**